**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ODEARA HAND,                                        Case 1:17-CV-07990-KBF

                              *Plaintiff*,

                   v.

SECURITY USA, INC.,

                              *Defendant.*
-------------------------------------------------------------X      **Dated: January 11, 2018**

### Security USA, Inc.'s Fed. R. Civ. P. 7.1 Corporate Disclosure [Corrected]

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Security USA, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **None**.

Dated: White Plains, New York
        January 11, 2018

                                       **WEISS & WEISS LLC**

                            By: _/s/ Scott A. Weiss_
                                       Scott A. Weiss. Esq., A member of the firm
                                       *Attorneys for Defendant Security USA, Inc.*
                                       50 Main St., 10th Fl.
                                       White Plains. New York 10606
                                       (866) 277-2707|Fax: (203) 254-2725
                                       Scott@weissnweiss.com

**INGBER LAW FIRM, PLLC**
Clifford J. Ingber, Esq., Lead Attorney
50 Main Street, 10th Fl.
White Plains, New York 10606
(203) 629-6170|Fax: (203) 629-3954
Cjingber@ingberlaw.com
*Attorneys for Defendant Security USA, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ODEARA HAND,                                                    Case 1:17-CV-07990-KBF

                      *Plaintiff*,

          v.

SECURITY USA, INC.,

                    *Defendant.*
-------------------------------------------------------------X      **Dated: January 11, 2018**

## Certificate of Service

    I, Scott A. Weiss, Esq., declared under penalty of perjury. pursuant to 28 U.S.C. § 1746 (2016) that I served a copy of: ***Security USA, Inc.'s Fed. R. Civ. P. 7.1 Corporate Disclosure [Corrected],*** upon all other parties in this case by First Class Mail to the following person(s): Walker G. Harman, Jr., Owen H. Laird, The Harman Firm, LLP, 220 Fifth Avenue, Suite 900, New York, New York 10001 on **Thursday, January 11, 2018**.

Dated: White Plains, New York
        January 11, 2018

                                          **WEISS & WEISS LLC**

                                          By: _/s/ Scott A. Weiss_____
                                            Scott A. Weiss. Esq., A member of the firm
                                            *Attorneys for Defendant Security USA, Inc.*
                                            50 Main St., 10th Fl.
                                            White Plains. New York 10606
                                            (866) 277-2707|Fax: (203) 254-2725
                                            Scott@weissnweiss.com