```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
------------------------------------X   ELECTRONICALLY FILED
                                    :   DOC #: _____
ODEARA HAND                         :   DATE FILED: January 12, 2018
                                    :
                     Plaintiff,     :
                                    :
           -v-                      :   17-cv-7990 (KBF)
                                    :
SECURITY USA, INC.,                 :   ORDER
                                    :
                     Defendant.     :
                                    :
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

With apologies, the Court must adjourn the initial pretrial conference ("IPTC") scheduled for January 16, 2018. The conference shall now be held on

**Monday, January 22, 2018 at 3:00 p.m**.

    SO ORDERED.

Dated:     New York, New York
           January 12, 2018

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge